**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

---

CHAR JENKS

       Plaintiffs,                       CASE NO.:

v

                                      HON.

NEIL EINARD HUUKI

       Defendants.

_____/

Andrew J. Schwaba (P80014)
SCHWABA LAW FIRM LLC
Attorneys for Plaintiff
962 First Street
Menominee, MI 49858
Telephone: 906-424-4661

---

There is no other pending or resolved civil action arising out of the transaction or occurrence alleged in the complaint.

**COMPLAINT AND JURY DEMAND**

Plaintiff alleges and states as follows:

**Common Allegations**

1. Plaintiff, Char Jenks is resident of Metamora, Illinois.

2. Defendant, Neil Einard Huuki is a resident of Maple Grove, Minnesota.

3. This collision occurred and jurisdiction exists in this court because of an automobile collision that occurred on July 3, 2025 at approximately 12:07 PM at the intersection of Gay Lac La Belle Road and Iron Gate Road in the Township of Grant, Keweenaw County, Michigan.

4. Jurisdiction is proper in this Court under 28 U.S.C. § 1332 because the claims in this case involve parties from different states, Plaintiff from Illinois and the Defendant from Minnesota.

5. Venue in this Court is proper pursuant to 28 U.S.C. § 1391 as a substantial part of the events giving rise to claims arose in the Western District of Michigan.

6. The amount in controversy exceeds twenty-five thousand dollars ($25,000.00).

## Count I - Negligence

Plaintiffs incorporate the common allegations by reference.

7. When the collision occurred, Plaintiff, Char Jenks was operating an All Terrain Vehicle (ATV) northbound on the shoulder of Gay Lac La Belle Road approaching the intersection with Iron Gate Road in Grant Township, Keweenaw County, Michigan and started to pull her vehicle onto the roadway to begin to make a left turn onto Iron Gate Road.

8. At that time and place, Defendant Neil Einard Huuki, operating his motorcycle northbound on Gay Lac La Belle Road approaching the intersection with Iron Gate Road behind the Plaintiff when he failed to stop or slow his vehicle, and/or failed to yield the right of way and struck the Plaintiff.

9. Defendants, Neil Einard Huuki owed Plaintiff the following duties of care:

   (a) to operate the motor vehicle on the roadway in a manner and at a rate of speed that would permit it to be stopped within a safe distance, MCLA 257.627(1), MSA 9.2327[1];

   (b) not to drive the vehicle carelessly and heedlessly with willful and wanton disregard for the safety and rights of others, MCLA 257.828(a), MSA 9.2326[a];

   (c) to keep the vehicle constantly under control;

   (d) to yield the right of way to Plaintiff's vehicle;

   (e) to drive the vehicle on the roadway with due diligence and circumspection and to not endanger or be likely to endanger other persons or property, MCLA 257.626b, MSA 9.2326(2);

   (f) to slow down to a speed that would allow Defendant, Neil Einard Huuki to slow or stop for Plaintiff's vehicle;

   (g) to properly maintain, inspect and repair the motorcylce he was operating at the time of

the aforementioned collision.

10.  As a direct and proximate result of Defendant, Neil Einard Huuki breach of these duties, the collision occurred, and the Plaintiff's injuries set forth below resulted.

11.  As a direct and proximate result of the Defendant, Neil Einard Huuki's negligence, Plaintiff, Char Jenks, suffered serious permanent bodily injuries which constitute a serious impairment of body function and/or permanent or serious disfigurement, and an aggravation of any preexisting conditions, and include, but not exclusively, the following:

(a) serious injuries to her ribs, shoulders, lungs, a brain injury and other parts of Plaintiff, Char Jenks's body;

(b) pain, suffering, and mental anguish;

(c) For a judgment awarding Plaintiff his costs and attorney's fees;

(d) For a judgment awarding pre- and post-judgment interest at the highest rates allowed by law; and

(e) other damages, injuries, and consequences that are found to be related to the automobile accident that developed during the course of discovery, to the extent that such damages are recoverable under the Michigan No-Fault Insurance Act and Michigan common-law.

WHEREFORE, Plaintiffs request that this Court award damages against the Defendant, in whatever amount they are found to be entitled in excess of $25,000, plus interest, costs, and attorney fees. Plaintiffs further request an award for punitive and/or exemplary damages and to grant such other and further relief as is consistent with law which this Honorable Court deems just and proper.

## JURY DEMAND

Plaintiffs demand a trial by jury.

Dated this 8th day of June, 2026.

SCHWABA LAW FIRM, LLC
Attorney for Plaintiff


/s/ Andrew J. Schwaba
Andrew J. Schwaba, J.D. (P-80014)
Schwaba Law Firm, LLC
962 First Street
Menominee, MI 49858
Telephone: 906.424.4661
Fax: 906.424.4663
Email: aschwaba@schwabalaw.com